```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                              :
  NEAL PRICE,                                 :
                                              :
                              Plaintiff,      :      24-CV-2826 (JMF)
                                              :
              -v-                             :      ORDER OF SERVICE
                                              :
  HALE GLOBAL et al.,                         :
                                              :
                              Defendants.     :
                                              :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Plaintiff Neal Price, proceeding *pro se*, brings this action against Defendants Hale Global and Patch.com, invoking the court's diversity jurisdiction under 28 U.S.C. § 1332(a).  Plaintiff's address is 2850 Dartmouth Lane, Olympia Fields, IL 60461.  *See* ECF No. 1, at 11, 12, 14.  Defendants appear to be located in New York, New York.  *See id.* at 12, 14.  Plaintiff seeks injunctive relief and $1,000,000 in damages.

      On April 16, 2024, Plaintiff's request to proceed *in forma pauperis* ("IFP") was granted.  *See* ECF No. 4.  The Court now directs service on Defendants.

## DISCUSSION

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service to effect service.[1]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued.  The Court therefore extends the time to serve until 90 days after the date that any summonses issue.

court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the United States Marshals Service, the Clerk of Court is instructed to fill out a United States Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to issue a summons for each Defendant (Hale Global and Patch.com), complete USM-285 forms with the addresses for each Defendant, and deliver all documents necessary to effect service of a summons and the complaint on each Defendant to the United States Marshals Service.

SO ORDERED.

Dated: May 15, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Hale Global
   134 West 29th Street
   New York, New York 10001

2. Patch.com
   134 West 29th Street
   New York, New York 10001