UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
NEAL PRICE,                                                       :
                                                                  :
                          Plaintiff,                              :        24-CV-2826 (JMF)
                                                                  :
            -v-                                                   :        ORDER
                                                                  :
HALE GLOBAL et al.,                                               :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 21, Defendants' earlier motion to dismiss filed at Docket No. 16 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 25, 2024**. Defendants' reply, if any, is due by **October 9, 2024**.

      The Clerk of Court is directed to terminate Docket No. 16 and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: August 27, 2024
       New York, New York
                                               _____
                                                  JESSE M. FURMAN
                                           United States District Judge