UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEAL PRICE,

                Plaintiff,

-against-                                        24 **CIVIL** 2826 (JMF)

## JUDGMENT

HALE GLOBAL et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 06, 2024, Defendants' motion to dismiss must be and is GRANTED. Further, the Court declines to *sua sponte* grant Price leave to amend. The Court certifies, pursuant to 18 U.S.C. § 1915(a) (3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        December 09, 2024

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                BY:
                                                        **Deputy Clerk**