**United States District Court**
**Southern District of New York**
**Case No. 1:24-cv-2826-JMF**

Plaintiff: Neal Price      )
v.                         )
                           )
                           )
                           )
Defendants: Planck LLC     )
d/b/a Patch Media
(Patch.com), Hale Global

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Plaintiff Neal Price, proceeding pro se, respectfully moves this Court for an extension of time to file a notice of appeal pursuant to Federal Rules of Appellate Procedure (FRAP) 4(a)(5). In support of this motion, Plaintiff states as follows:

**Background:** On December 6, 2024, this Court entered a judgment dismissing Plaintiff's complaint. Under FRAP 4(a)(1), Plaintiff has 30 days from the entry of judgment to file a notice of appeal. The deadline for filing the notice of appeal is January 5, 2025.

**Request for Extension:** Plaintiff requests an extension of time to file the notice of appeal due to excusable neglect and good cause. Plaintiff is homeless and living in his car, hotels, and Airbnbs while working as a rideshare driver. These circumstances have made it difficult for Plaintiff to focus on legal matters and to come up with the filing fee in a timely manner.

Legal Standard: Under FRAP 4(a)(5), the district court may extend the time to file a notice of appeal if a party moves for an extension no later than 30 days after the time prescribed by Rule 4(a) expires and shows excusable neglect or good cause  Diallo v. United States, 2014 U.S. Dist. LEXIS 60839

**Excusable Neglect and Good Cause:** Plaintiff's homelessness and the need to work as a rideshare driver to afford basic living expenses constitute excusable neglect and good cause for the delay. These circumstances are beyond Plaintiff's control and have significantly impacted his ability to focus on legal matters and gather the necessary resources to file the notice of appeal.

**Meritorious Grounds for Appeal:** Plaintiff believes that the decision to dismiss the complaint was incorrect and that appellate review is warranted. Plaintiff contends that there should be a federal cause of action for defamation and that the article title was inaccurate and not close to the gist of the situation. Plaintiff was never charged with human trafficking, and the single publication rule should not apply to internet postings where they are viewable at any time. There are other legal factors to be considered with the decision as well.

**Conclusion:** For the reasons stated above, Plaintiff respectfully requests that this Court grant an extension of time to file the notice of appeal. Plaintiff requests an additional 30 days from the current deadline, extending the deadline to February 4, 2025.

Dated: January 26, 2025

Respectfully Submitted,

Defendants shall file any opposition to the motion for extension of time no later than **January 31, 2025**. No reply shall be filed absent prior leave of court.

/s/ Neal Price

Neal Price

SO ORDERED.

January 27, 2025